# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

NATHANIEL CAYLOR, et al.,

    Plaintiff(s),

  v.

THE CITY OF SEATTLE, et al.,

    Defendant(s).

CASE NO. 2:11–cv–01217–RAJ

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | **February 4, 2013** |
| Length of Trial | 7 days |
| Deadline for joining additional parties | February 22, 2012 |
| Deadline for amending pleadings | August 8, 2012 |
| Disclosure of expert testimony under FRCP 26(a)(2) | August 8, 2012 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(3) and CR7(a)(2)(B). | |
| Discovery completed by | October 9, 2012 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | November 6, 2012 |

MINUTE ORDER SETTING TRIAL DATE & RELATED DATES – 1

| | |
|---|---|
| Settlement conference per CR 39.1(c)(2) held no later than | December 6, 2012 |
| Mediation per CR 39.1(c)(3) held no later than | January 7, 2013 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | January 7, 2013 |
| Agreed pretrial order due | January 22, 2013 |
| Pretrial conference to be scheduled by the Court. | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | January 28, 2013 |

These dates are set at the direction of the Court after reviewing the Joint Status Report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Victoria Ericksen, courtroom deputy, at (206) 370–8517 within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel shall be required to electronically file all documents with the court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov.

The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Jones:

- Section III, Paragraph F: When the aggregate submittal to the Court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certification of service) exceeds **50 pages** in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 10:30 a.m. the morning after the filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."
- Section III, Paragraph L: Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not email a copy of the order to the judge's orders email address.

## PRIVACY POLICY

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed May 29, 2003), parties are to redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth – redact to the year of birth
- Names of Minor Children – redact to the initials

- Social Security Numbers and Taxpayer–Identification Numbers – redact in their entirety
- Financial Accounting Information – redact to the last four digits
- Passport Numbers and Drivers License Numbers – redact in their entirety

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs. All documents filed in the above–captioned matter must comply with the Privacy Policy and the General Order.

## COOPERATION

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final Pretrial Order in the format required by CR 16.1, except as ordered below.

## EXHIBITS

The original and one copy of the trial exhibits are to be delivered to chambers seven days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office.

The Court hereby alters the CR 16.1 procedure for numbering exhibits: Plaintiff's exhibits shall be numbered consecutively beginning with 1; Defendant's exhibits shall be numbered consecutively beginning with the next number series not used by the Plaintiff. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the Pretrial Order, any party

may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

**SETTLEMENT**

Should this case settle, counsel shall immediately notify the courtroom deputy, Victoria Ericksen, at (206) 370−8517. Pursuant to CR 3(b), an attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to such sanctions or discipline as the Court deems appropriate.

DATED: October 18, 2011

        s/ *Victoria Ericksen*
Victoria Ericksen, Deputy Clerk to
Hon. Richard A Jones, Judge
(206) 370−8517

MINUTE ORDER SETTING TRIAL DATE & RELATED DATES – 5