Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHANIEL CAYLOR,

    Plaintiff,

v.

CITY OF SEATTLE, et al.,

    Defendants.

No. C11-1217 RAJ

MINUTE ORDER SETTING *AMENDED* TRIAL DATE AND RELATED DATES

| | |
|---|---|
| **AMENDED TRIAL DATE** | **JUNE 10, 2013** |
| Deadline to File Dispositive Motions | March 5, 2013 |
| Mediation held no later than | May 13, 2013 |
| All motions *in limine* must be filed by and noted on the motion calendar three Fridays thereafter | May 13, 2013 |
| Agreed Pretrial Order due | May 28, 2013 |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed jury instructions, proposed voir dire questions, agreed neutral statement of the case, deposition designations and trial exhibits due | June 3, 2013 |

MINUTE ORDER SETTING *AMENDED*
TRIAL DATE AND RELATED DATES – 1

**EXHIBITS**

The original and one copy of any exhibits to be used at trial are to be delivered to chambers no later than 4:00 p.m. on the date set forth above. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby sets forth the following procedure for numbering exhibits: Plaintiff's exhibits shall be numbered consecutively beginning with 1. Defendant's exhibits shall be numbered consecutively after Plaintiff's exhibits using the next number sequence not used by Plaintiff (*e.g.*, if Plaintiff has marked 150 exhibits, Defendant shall mark its exhibits beginning with 200) . Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

**SETTLEMENT**

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at (206) 370-8517. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 5th day of February, 2013.

WILLIAM M. McCOOL,
Clerk of the Court

  */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones