**Honorable Richard A. Jones**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATANIEL CAYLOR; and W.C., a minor, through his guardian ad litem JO HANNA READ, <br><br> Plaintiffs, <br><br> v. <br><br> B.G. BRIGHT, WALTER BRUCE, TAMMIE CASE, STEVE HIRJAK, DON LESLIE, SCOTT MILLER, DENNIS MOORE, EUGENE SCHUBECK, and THE CITY OF SEATTLE, <br><br> Defendants. | NO. C11-1217 RAJ (CONSOLIDATED) <br><br> ORDER ON DEFENDANT LESLIE'S MOTION FOR STAY **[PROPOSED]** <br><br> NOTE ON MOTION CALENDAR: May 31, 2013 |

THIS MATTER coming on for hearing on May 31, 2013, upon Defendant Don Leslie's Motion for Stay pending appeal. Defendant Leslie appearing by and through his attorney, Gregory E. Jackson of Freimund Jackson Tardif & Benedict Garratt, PLLC, and Plaintiffs appearing by and through its attorneys Timothy K. Ford and David J. Whedbee of MacDonald Hoague & Bayless; the Court, having considered the motion to stay, any responsive pleadings submitted by plaintiffs, and any reply pleadings submitted the defendants, and being fully advised and finding that the requisite good cause exists for the relief requested; now therefore

ORDER GRANTING DEFENDANT LESLIE'S MOTION FOR STAY **[PROPOSED]** – 1
C11-1217RAJ

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant Leslie's Motion for a Stay is GRANTED and further trial court proceedings in this action are stayed pending resolution of the Defendant Leslie's appeal/

DATED this ____ day of May, 2013.

_____
HONORABLE RICHARD A. JONES

ORDER GRANTING DEFENDANT LESLIE'S
MOTION FOR STAY [PROPOSED] – 1
C11-1217RAJ

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy K. Ford
timf@mhb.com
David J. Whedbee
davidw@mhb.com

Ted Buck
tbuck@freybuck.com
Evan Bariault
ebariault@freybuck.com
Stephen Powell Larson
slarson@freybuck.com

Jo-Hanna Read
jolawyer@read-law.com

/s/Kathrine Sisson
KATHRINE SISSON

ORDER GRANTING DEFENDANT LESLIE'S
MOTION FOR STAY [PROPOSED] – 1
C11-1217RAJ

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959