Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATHANIEL CAYLOR, and (minor) W.C., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SEATTLE; and OFFICER EUGENE SCHUBECK, et al., <br><br> Defendants. | No. 2:11-cv-1217 RAJ <br><br> PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT LESLIE'S MOTION FOR STAY |

Defendant Leslie has filed a separate motion to stay the trial pending his interlocutory appeal of the Court's rulings denying his motion for qualified immunity from plaintiff Nathaniel Caylor's Fourth Amendment claims. Dkt. 137. For the same reasons set forth in their opposition to the similar motion filed by defendants Schubeck and the City of Seattle (Dkt. 136), plaintiffs oppose this motion.

Defendant Leslie's motion provides even less reason to find his appeal is not frivolous than his codefendants. He cites cases only for the most general propositions regarding qualified immunity. Dkt. 137 at 2-3. He says nothing about the cases that the Court cited, or the logic of the Court's opinion, rejecting his qualified immunity claim.[1]

---

[1] "A jury could reasonably conclude that Ofc. Leslie encouraged Ofc. Schubeck to shoot. A jury could hardly help but conclude, however, that Ofc. Schubeck did nothing to intervene. And a jury could reject Ofc. Leslie's contention that he did not intervene because he did not believe that Ofc.Schubeck would shoot. Because the circumstances known to Ofc. Leslie did not justify the use of deadly force, and because Ofc. Schubeck's announcement of his intent to shoot offered Ofc. Leslie ample time to intercede, a jury could find that he is also liable for the use of excessive force. The duty to intercede to prevent constitutional violations was established at the time of the shooting. Ofc. Schubeck is therefore not entitled to qualified immunity for his decision not to intercede." Dkt. 96 at 24-25.

PLAINTIFFS' OPPOSITION TO DEFENDANT LESLIE'S
MOTION TO STAY - 1

No. 2:11-cv-1217 RAJ
10180.1 ff211401

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1    Instead, the argument Officer Leslie proposes to make on his interlocutory appeal is that
2    not "every reasonable officer in Officer Leslie's shoes would have known that Officer Schubeck
3    was going to use deadly force." Dkt. 137 at 3.  That is a fact-intensive assertion and not the kind
4    of "purely legal issue" appropriate for interlocutory review. *Ortiz v. Jordan,* 131 S.Ct. 884, 891
5    (2011)(quoting *Johnson v. Jones,* 515 U.S. 304 (1995)).  It is also a contention whose relevance
6    turns on Officer Leslie's testimony that was not his belief—testimony the Court has properly
7    found "a jury could reject." Dkt. 96 at 24.

8    Moreover, on this record it is a contention that is at war with the law establishing
9    officers' duty to intervene, and not to encourage, constitutional violations.  As the Court's Order
10   notes, and defendants do not dispute, Officer Schubeck told Officer Leslie what he was going to
11   do, in no uncertain terms.  Officer Schubeck said "if Mr. Caylor returned to the patio… [he
12   would] shoot him rather than allow him to go back inside," Dkt. 96 at 6—and, after Officer
13   Leslie said "don't miss," "[t]he two officers had no other discussion about Ofc. Schubeck's plan
14   to shoot." *Id*.  Thus, Officer Leslie's contention is that the duty to intervene is not triggered
15   when a fellow officer says he is about to do something that violates the constitution, because it
16   cannot be known with certainty that the fellow officer is actually going to do what he has said he
17   is going to do. To the extent that is a legal and not a factual argument, it is a plainly frivolous
18   one.  The appeal raising it should be certified as such, and the stay denied.  See *Padgett v.*
19   *Wright*, 587 F.3d 983, 985 (9th Cir. 2009); *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir.1992).[2]

20   DATED this 21st day of May, 2013.
21                                        MacDONALD HOAGUE & BAYLESS

22                                        By  */s/ Timothy K, Ford*
                                              Timothy K. Ford, WSBN 5986
23                                            David J. Whedbee, WSBN 35977
                                              Attorneys for Plaintiffs
24

---

25   [2] As indicated in their response to Defendant Schubeck's motion, if the appeal is not certified as frivolous, the present trial date should be stricken pending action by the Court of Appeals.  In the event
26   the appeals are allowed to go forward, plaintiffs will ask the Court to certify its judgment dismissing the plaintiffs *Monell* claims for immediate review under FRCP 54(b), so that all aspects of plaintiffs'
27   excessive force claims can be resolved in a single set of proceedings.

PLAINTIFFS' OPPOSITION TO DEFENDANT LESLIE'S
MOTION TO STAY - 2

No. 2:11-cv-1217 RAJ
10180.1 ff211401

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604   Fax 206.343.3961

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

OPPOSING COUNSEL

Ted Buck, Esq.
Evan Bariault, Esq.
Frey Buck, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, WA  98101
Phone:  206-486-8000
Email:  tbuck@freybuck.com
          ebariault@freybuck.com

Gregory E. Jackson
Freimund, Jackson & Tardif, LLP
711 Capitol Way South, Suite 602
Olympia, WA  98501
Phone:  360-534-9960
Fax:  360-534-9959
Email:  gregj@fjtlaw.com

DATED this 21st day of May, 2013, at Seattle, Washington.

s/*Terri Flink*
Terri Flink, Legal Assistant
MacDonald Hoague & Bayless
705 2nd Avenue, Suite 1500
Seattle, WA  98104
Tel:  206-622-1604
Fax:  206-343-3961
terrif@mhb.com

PLAINTIFFS' OPPOSITION TO DEFENDANT LESLIE'S
MOTION TO STAY - 3

No. 2:11-cv-1217 RAJ
10180.1 ff211401

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961