HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NATHANIEL CAYLOR, et al.,

    Plaintiffs,

v.

CITY OF SEATTLE, et al.,

    Defendants.

CASE NO. C11-1217RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

The parties filed a one-sentence motion today jointly requesting that the court lift the prohibition on filings contained in its May 21, 2013 minute order. Since the May 21 order, the court has stayed this case pending two of the Defendants' interlocutory appeals.

To the extent that the May 21 order prohibits *all* filings, the court vacates it. To the extent that it prohibits the parties from filing motions or responses to motions, it remains in place. If the parties intend to file motions in this stayed case, they must first obtain leave of court. To obtain leave of court they must, at a minimum, reveal what motion or motions they intend to file.

//

//

MINUTE ORDER – 1

The clerk shall TERMINATE the parties' joint motion. Dkt. # 147.

Dated this 28th day of May, 2013.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER – 2