HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHANIEL CAYLOR, et al.,

    Plaintiffs,

    v.

CITY OF SEATTLE, et al.,

    Defendants.

CASE NO. C11-1217RAJ

ORDER

This matter comes before the court on the statement of Plaintiffs and the guardian ad litem ("GAL") for Plaintiff W.C., who is a minor. Dkt. # 177. The court required that statement in its June 22, 2015 order and required additional disclosures in its June 26, 2015 order.

The statement consists of the trust agreement that the GAL proposes to execute on W.C.'s behalf. The court is satisfied that the trust agreement adequately protects the interests of W.C., and therefore approves it. The GAL shall execute it and register the trust with the King County Superior Court, which will be responsible for supervision of the trust.

The GAL has provided information from the trustee indicating that he expects administration costs to range from $4,000 to $5,000 in the first year of the trust, and from $2,500 to $4,500 for subsequent years. That amounts to administration expenses of between 1.67% of the $150,000 corpus of the trust and 3.33%. Because those expenses are substantial when compared to the corpus of the trust, the court orders as a condition

ORDER – 1

of its approval of the trust that Plaintiff Nathaniel Caylor shall contribute an additional $10,000 to its corpus.  Mr. Caylor previously offered to contribute that amount if the court deemed it necessary.

Dated this 23rd day of July, 2015.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2